IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DONALD & NANCY MELVIN

      Plaintiffs,                             ORDER

      v.                                    18-cv-1059-wmc

TODD KIRKMAN and
JUDSON KOENITZER,

      Defendants.
_____

      The court having consider the parties' Confidential Stipulation set forth above, IT IS

HEREBY ORDERED:

1. To the extent enforceable by law, the paragraphs of the stipulation are restated as if set forth herein.

2. Plaintiffs are relieved of any obligation to respond to defendants' motion to dismiss and all deadlines in this case are STRUCK.

3. The pending motion for default judgment is DENIED AS MOOT.

4. If full payment as contemplated in the stipulation is timely made, on notice of the parties, this action shall be dismissed with prejudice, on the merits, and without costs or fees to any party.

5. If full payment as contemplated in the stipulation is *not* timely made, judgment shall be entered against the defendants in favor of the plaintiffs, upon plaintiffs' request and notice to defendants in accordance with terms of the stipulation.

6. Except as provided in the stipulation, the parties have waived their rights with prejudice, on the merits, to seek additional fees or claims between defendants and plaintiffs

directly related to, in connection with, or arising from the allegations set forth in the pleadings in this matter, without further costs or attorney fees to any party.

7. This court retains jurisdiction to enforce the terms of this order and the parties' stipulation.

Entered this 28th day of May, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge